Ermea J. RUSSELL, Petitioner,

v.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
Respondent.

No. 2009–3186.

United States Court of Appeals,
Federal Circuit.

June 16, 2009.

Meredyth Cohen Havasy, Department of Justice, Washington, DC, for Respondent.

Ermea J. Russell, Jackson, MS, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Gabriel COSME, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 2009–3189.

United States Court of Appeals,
Federal Circuit.

June 16, 2009.

Reconsideration Granted, Mandate
Recalled July 31, 2009.

Elaine Rodriguez–Frank, San Juan, PR, for Petitioner.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.